DONALD R. BUCHANAN    CBN: 110309
SHAPIN AND BUCHANAN
2000 E. Fourth St., Suite 120
Santa Ana, California 92705
Telephone: (714) 567-0188
Fax: (714) 567-0029
Email: Donssatty@aol.com

ATTORNEYS FOR PLAINTIFF STEVEN McMAHON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN McMAHON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | No. SACV 10-00475 MAN<br><br>~~PROPOSED~~ ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that plaintiff is awarded fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS and 00/100 ($2,700.00), as authorized by 28 U.S.C. 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: August 15, 2011

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-